**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 05, 2014
Docket #: 14-1224cv
Short Title: Tran v. Bank of New York

DC Docket #: 13-cv-580
DC Court: SDNY (NEW YORK CITY)
DC Judge: Patterson

## NOTICE OF EXPEDITED APPEAL

By notice filed April 15, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' brief is due no later than September 9, 2014, 35 days from the date of this notice. Appellees' briefs are due no later than October 14, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8623.