# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 16, 2014
Docket #: 14-1224cv
Short Title: Tran v. Bank of New York

DC Docket #: 13-cv-580
DC Court: SDNY (NEW YORK CITY)
DC Judge: Patterson

## NOTICE OF DEFECTIVE FILING

On October 14, 2014 the Brief was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**\_\_XX\_\_\_\_ Defective cover *(FRAP 32)* - NOTE: Contact information for counsel must appear on front cover (see *FRAP 32(a)(2)*. If you cannot fit all of the contact information or caption on the cover, you may continue the caption and the rest of the contact information on inside cover/next page.**
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**\_\_XX\_\_\_\_ Incorrect pagination, click here for instructions on how to paginate PDFs**
    *(Local Rule 32.1)* **- NOTE: When re-filing, please use same filing event (i.e. DO NOT use "Corrected Brief").**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*

_____    Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____    Untimely filing
_____    Incorrect Filing Event
_____    Other: _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **October 20, 2014.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.